IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NATHAN ARREOLA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-25-CV-00852-FB |
| | § | |
| TRANS UNION LLC, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER ACCEPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of United States Magistrate Judge, filed

in the above-captioned cause on January 9, 2026. (ECF No. 13). To date, no objections to the Report

and Recommendation have been received.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court

need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de

novo determination of those portions of the report or specified proposed findings and recommendations

to which objection is made."). The Court has reviewed the Report and Recommendation and finds its

reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219,

1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

IT IS THEREFORE ORDERED that the Report and Recommendation of United States

Magistrate Judge (ECF No. 13) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Plaintiff's

Motion for Voluntary Dismissal (ECF No. 12) is GRANTED.

---

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." FED. R. CIV. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id.* at (E).

IT IS FURTHER ORDERED that the above-styled and numbered cause is DISMISSED WITHOUT PREJUDICE.

IT IS FINALLY ORDERED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 28th day of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

.